Hoban *v.* Rabel et ux., Appellants.

Argued May 1, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*David J. Reedy, Jr.,* with him *S. S. Friedman,* for appellants.

No oral argument was made nor brief submitted for appellees.

Opinion Per Curiam, July 2, 1973:

"The proper proceeding to try title to land is an action of ejectment at law, rather than an injunctive proceeding in equity." *Carelli v. Lyter*, 430 Pa. 543, 545, 244 A. 2d 6 (1968).

Decree reversed and case remanded to the Court of Common Pleas of Lackawanna County, with directions that it be transferred to the law side for the resolution of the issues involved.

Each party to bear own costs.